34 So.2d 614

## W. W. WALKER et al. v. L. M. JONES.
### 6 Div. 691.

Supreme Court of Alabama.
March 25, 1948.

Davis & Bealle, of Tuscaloosa, opposed.

LIVINGSTON, Justice.

Petition of W. W. Walker and Frances Y. Walker, partners doing business under the partnership name of Walker Motor Company, M. E. Walker and Frank J. Gary for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Walker et al. v. Jones, 34 So.2d 608.

Writ denied.

GARDNER, C. J., and BROWN and SIMPSON, JJ., concur.